# IN THE SUPREME COURT OF THE STATE OF NEVADA

PETER JASON HELFRICH,
Petitioner,

vs.

THE FIRST JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CARSON CITY; AND THE
HONORABLE JAMES E. WILSON,
DISTRICT JUDGE
Respondents.

No. 70163

**FILED**

MAY 1 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original pro se petition for a writ of mandamus seeks to compel the district court to rule on petitioner's "motions to change venue from state to federal court." Having considered the petition and the attached documents, we are not persuaded that our extraordinary and discretionary intervention is warranted at this time. NRS 34.160; *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). In particular, it is unclear whether petitioner has resubmitted his motions in the First Judicial District Court following a venue transfer from the Eighth Judicial District Court. Once the motions have been resubmitted, we are confident that the First Judicial District Court will timely resolve petitioner's motions. Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

16-14810

cc: Hon. James E. Wilson, District Judge
Peter Jason Helfrich
Attorney General/Carson City
Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A